UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 15-cr- |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| **CORNELL M. JONES** | : | 26 U.S.C. § 7201 |
| | : | (Attempt to evade or defeat tax) |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Attempt to evade or defeat tax)

During the 2010 calendar year, defendant Cornell M. Jones, a resident of Chevy Chase, Maryland, had and received taxable income in the sum of about $3,462,553.79. Upon that taxable income, there was owing to the United States of America an income tax of about $1,295,910.00. Well knowing the foregoing facts, and failing to make an income tax return on or before April 15, 2011, as required by law, to any proper officer of the Internal Revenue Service, and pay to the Internal Revenue Service the income tax, defendant Cornell M. Jones, from on or about January 1, 2010, through December 31, 2010, in the District of Columbia and elsewhere, did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for the calendar year by concealing and attempting to conceal from all proper officers of the United States of America his true and correct income and the nature and extent of his assets and the location thereof; using corporate funds to pay personal expenses; placing funds and property in the name of a corporate entity; and dealing extensively in cash.

**(Attempt to evade or defeat tax, in violation of Title 26, United States Code, Section 7201)**

VINCENT H. COHEN, JR.
Acting United States Attorney
In and For the District of Columbia

By: _____
MICHAEL K. ATKINSON
D.C. Bar No. 430517
DAVID A. LAST
D.C. Bar No. 476335
ANTHONY D. SALER
D.C. Bar No. 448254
Assistant United States Attorneys
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C.  20530
202.252.7817 (Atkinson)
202.252.7389 (Last)
202.252.6971 (Saler)
Michael.Atkinson2@usdoj.gov
David.Last@usdoj.gov
Anthony.Saler@usdoj.gov